DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )          CRIMINAL NO. 2011/0028
                                  )
          Vs.                     )          CHARGE:  TRAFFICKING IN COUNTERFEIT
                                  )                   LABELS
TAJ A. JAMES,                     )
                                  )
                    Defendant.    )
_____ )

TO:  Honorable Wilma A. Lewis, District Judge
     AUSA Rhonda Williams-Henry
     Patricia Schrader-Cooke, AFPD
     U.S. Marshal Service
     U.S. Probation & Pretrial Services

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and LRCr

56.1(b)(14)(A) and has entered a plea of guilty to Count One (1) of the Indictment.  After cautioning

and examining, the Defendant under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary as to Count One (1) and the

offense charged is supported by an independent basis in fact containing each of the essential elements

of such offense.  I therefore recommend that the plea of guilty be accepted and the Defendant be

adjudged guilty and have sentence imposed accordingly.

ENTER:

Dated:  November 19, 2012

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE

ATTEST:
GLENDA L. LAKE, ESQUIRE
Clerk of the Court

By: _____
        Deputy Clerk